REBECCA ARNSTEIN, Suing upon Her Own Behalf and on Behalf of All Other Stockholders of Bethlehem Steel Corporation, Similarly Situated, Who May Wish to Join in This Action and Contribute a Proportionate Share of the Expenses Thereof, Respondent, v. BETHLEHEM STEEL CORPORATION and Others, Defendants; OLIVER G. JENNINGS, Appellant.— In a stockholder's derivative action, the motion of defendant Jennings for an order directing plaintiff to serve an amended com-

plaint separately stating and numbering the alleged causes of action was denied. Order, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.